IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01890-WYD-KLM

JULIE RAMIREZ, a minor and protected person, by and on behalf of her legal guardians MARIA AND JOSE RODRIGUEZ,

    Plaintiff,

v.

NATIONAL RAILWAY PASSENGER CORPORATION, d/b/a AMTRAK,
LEONARD C. SANDOVAL,
LEONARD A. SANDOVAL, and
BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's** [sic] **Unopposed Motion to Amend the Complaint** [Docket No. 20; Filed November 26, 2008] (the "Motion").

    Plaintiffs request leave to file a First Amended Complaint. Fed.R.Civ.P. 15(a) provides for liberal amendment of pleadings. Leave to amend is discretionary with the court. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Viernow v. Euripides Dev. Corp.*, 157 F.3d 785, 799 (10th Cir. 1998). Amendment under the rule has been freely granted. *Castleglenn, Inc. v. Resolution Trust Company*, 984 F.2d 1571 (10th Cir. 1993) (internal citations omitted). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993). Considering that Defendants do not object to the filing of an Amended Complaint, and that Plaintiffs are within the deadline to amend their Complaint, the Court finds that justice requires that Plaintiffs be allowed to file a First Amended Complaint.

    Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiffs' First Amended Complaint [Docket No. 20-2] is accepted for filing as of the date of this Order.

    Dated: December 1, 2008