IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01890-WYD-KLM

JULIE RAMIREZ, a minor and protected person, by and on behalf of her legal guardians MARIA AND JOSE RODRIGUEZ,

    Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK;
LEONARD C. SANDOVAL;
LEONARD A. SANDOVAL; and
BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Unopposed Motion to Dismiss With Prejudice (docket #37), filed April 15, 2010. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the unopposed motion should be granted and this matter should be **DISMISSED WITH PREJUDICE**. Accordingly, it is

ORDERED that the Unopposed Motion to Dismiss With Prejudice (docket #37) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: April 16, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge